### In re MSTG, INC., Petitioner.

### Misc. No. 996.

United States Court of Appeals,
Federal Circuit.

May 17, 2012.

Before RADER, Chief Judge, DYK, and MOORE, Circuit Judges.

### ON PETITION

DYK, Circuit Judge.

### ORDER

MSTG, Inc. submits a petition for rehearing en banc. The petition is before this panel pursuant to Internal Operating Procedure # 14(2)(a), which states that a petition for rehearing en banc which does not also include a petition for panel rehearing shall nonetheless first be transmitted to the panel that heard the case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The panel denies the petition to the extent MSTG seeks panel rehearing of the

order denying its petition for a writ of mandamus.

(2) The petition shall be circulated to the full court for its review along with a copy of this order.